UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:22-cv-01601-SSS-SHKx | Date | November 29, 2023 |
|---|---|---|---|
| Title | *Guoxia Xiao v. Jaddou Ur Mendoza, et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED FOR COUNSELS' FAILURE TO COMPLY WITH THIS COURT'S ORDER [DKT. 10]**

On December 8, 2022, the Court issued an Order granting the parties' Stipulation to Stay the Case Pending Adjudication of Application ("Order"). [Dkt. 10]. Pursuant to the Order, the instant action was stayed until November 17, 2023. Furthermore, the parties were directed to file a Joint Status Report no later than November 3, 2023, advising the Court of the status of this action. As of today's date, the Court has not received the parties' Joint Status Report.

Accordingly, the Court **ORDERS** counsel for Plaintiff Joel E. Spence and counsel for Defendants Joanne I. Osinoff to show cause why they should not be sanctioned in the amount of $500 for their failure to comply with the Court's Order.

Accordingly, the Court hereby **SETS** an Order to Show Cause hearing as to why sanctions should not be imposed for counsels' failure to comply with this Court's Order on **Friday, December 15, 2023, at 1:00 p.m., via video conference**.

     Plaintiff and defense counsel are required to respond in writing on or before **December 8, 2023**, by 12:00 noon.  Their failure to respond or file satisfactory responses may result in the imposition of sanctions against counsel.  If the Court is satisfied with the responses, or if the parties' file an appropriate Joint Status Report, the Court may vacate the Order to Show Cause Hearing.

     **IT IS SO ORDERED.**